IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:18-cv-01030

| | |
|---|---|
| VALERIE WILLIAMS, on behalf of herself and all others similarly situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>PEGASUS RESIDENTIAL, LLC and  )<br>MP BRIDGES AT SOUTHPOINT,  )<br>LLC d/b/a BRIDGES AT  )<br>SOUTHPOINT,  )<br>)<br>Defendants.  ) | **MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |

Plaintiff Valerie Williams ("Plaintiff"), on behalf of herself and all others similarly situated, respectfully moves the Court for an order granting final approval to the settlement in this class action and providing such other and further relief as this Court deems just and proper.

For the reasons described in Plaintiff's memorandum of law in support of this motion, Plaintiff respectfully requests that this Court grant the motion and enter the proposed Order and proposed Judgment.

Respectfully submitted, this the 25th day of October, 2021.

                                          MILBERG COLEMAN BRYSON PHILLIPS,
                                          GROSSMAN, PLLC

                                          */s/ Scott C. Harris*
                                          Scott C. Harris
                                          N.C. Bar No.: 35328
                                          Patrick M. Wallace

N.C Bar No.: 48138
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
sharris@milberg.com
pwallace@milberg.com

MAGINNIS HOWARD
Edward H. Maginnis
N.C. State Bar No. 39317
Karl S. Gwaltney
N.C. State Bar No. 45118
7706 Six Forks Road, Suite 101
Raleigh, NC 27615
Telephone: (919) 526-0450
Facsimile: (919) 882-8763
emaginnis@maginnishoward.com
kgwaltney@maginnishoward.com

*Attorneys for Plaintiff and Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all parties of record.

                                                                           */s/Scott C. Harris*
                                                                           Scott C. Harris