# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

VALERIE WILLIAMS, )
)
        Plaintiff, )
)
      v. )           1:18CV1030
)
PEGASUS RESIDENTIAL, et al., )
)
        Defendants. )

## ORDER

This matter is before the Court on Defendant Pegasus Residential, LLC's Unopposed

Motion to Appear Telephonically at the Fairness Hearing on November 30, 2021, (ECF No.

70).

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED and counsel for

Pegasus Residential, LLC shall be permitted to attend the Fairness Hearing telephonically.

This, the 19th day of November 2021.

/s/ Loretta C. Biggs
United States District Judge