IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| VALERIE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:18CV1030 |
| | ) | |
| PEGASUS RESIDENTIAL, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons set forth in the Order entered by this court on November 4, 2021, ECF No. 72,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Unopposed Motion for Final Approval of Class Settlement, ECF No. 65, and Unopposed Motion for Attorneys' Fees, Reimbursement of Expenses and Service Awards for the Class Representatives, ECF No. 67, are GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that pursuant to the terms of the Settlement Agreement this action is DISMISSED WITH PREJUDICE as against the class representative, all members of the settlement class, the defendants, and Released Persons.

IT IS FURTHER ORDERED AND ADJUDGED that the parties shall bear their own costs except as provided by the settlement agreement.

IT IS FURTHER ORDERED AND ADJUDGED that the Clerk of Court shall terminate this civil action.

This, the 11th day of January 2022.

/s/ Loretta C. Biggs
United States District Judge